UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re                                    :    Chapter 7
                                         :
WALLY CHIN,                              :    Case No. 14-01943 (SMB)
                                         :
            Debtor.                      :
                                         :
------------------------------------- x

# ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE A SETTLEMENT AGREEMENT PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019

This matter coming before the Court on September 24, 2015 (the "Hearing") upon the motion of John S. Pereira, as chapter 7 trustee (the "Trustee") for the estate of Wally Chin (the "Debtor"), for entry of an Order (the "Order") Approving A Settlement Agreement Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 (the "Motion") **[Dkt. No. 100]**; and the Court having reviewed the Motion; and no objections having been filed to the Motion; and it appearing to the Court that it (i) has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and upon the record of the Hearing, including representation of counsel for the Trustee; and proper notice of the Motion having been given; and the Court having found that the Settlement Agreement reflects a reasonable exercise of the Trustee's business judgment and is in the best interest of the Debtor's estate; it is hereby

~~**ORDERED** that the relief sought by the Motion is granted; and it is further~~ **[SMB 10/5/15]**

**ORDERED** that the Trustee is hereby authorized to enter into the Settlement Agreement with the Defendants, a copy of which is attached to the Motion as Exhibit A; and it is further

26555558v2

**ORDERED** that the terms of the Settlement Agreement are approved; and it is further

**ORDERED** that the Court will retain jurisdiction to consider any disputes or other issues that may arise relating to this Order and/or the Settlement Agreement; and it is further

**ORDERED** that the Trustee is hereby authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of the Settlement Agreement and this Order.

Dated:  New York, New York
       October 5, 2015

    /s/*STUART M. BERNSTEIN*
UNITED STATES BANKRUPTCY JUDGE

26555558v2