UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re                                                       :    Chapter 7
                                                            :
WALLY CHIN,                                     :    Case No. 12-11902 (SMB)
                                                            :
          Debtor.                              :
------------------------------------- x
JOHN S. PEREIRA, Chapter 7 Trustee for the  :
Estate of Wally Chin,                          :
                                                            :    ADV. NO. 14-01943 (SMB)
          Plaintiff,                           :
                                                            :
vs.                                                         :    **RELATED DOC. NO. 43**
                                                            :
WALLY CHIN, ELAINE N. CHIN, JAMES G.  :
CHIN AND ANGELA CHUN,                   :
                                                            :
         Defendants.                          :
------------------------------------- x

## JOINT STIPULATION OF DISMISSAL

Plaintiff, John S. Pereira, as chapter 7 trustee (the "Trustee") for the estate of Wally Chin (the "Debtor"), and defendants Wally Chin, Elaine N. Chin, James G. Chin and Angela Chun (collectively the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned adversary proceeding shall be dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as incorporated by Federal Rule of Bankruptcy Procedure 7041 and the *Order Approving Chapter 7 Trustee's Motion For An Order Approving A Settlement Agreement Pursuant To Section 105 Of The Bankruptcy Code And Bankruptcy Rule 9019* [Adv. Doc. No. 43].

**[SIGNATURES TO FOLLOW ON NEXT PAGE]**

| | |
|---|---|
| Dated: New York, New York<br>November 5, 2015 | Dated: New York, New York<br>November 2, 2015 |
| TROUTMAN SANDERS LLP | LAW OFFICES OF ETHAN GANC |
| By: *s/John P. Campo*<br>John P. Campo<br>875 Third Avenue<br>New York, New York 10022<br>Tel.: (212) 704-6078 | By: *s/Ethan D. Ganc*<br>Ethan D. Ganc<br>99 Madison Ave., Ste. 5009<br>New York, New York 10016<br>Tel.: (212) 929-7500 |
| *Counsel for the Trustee* | *Attorneys for the Debtor* |
| Dated: New York, New York<br>November 4, 2015 | Dated: Brooklyn, New York<br>November 5, 2015 |
| J. SINGER LAW GROUP, PLLC | THE LAW OFFICE OF ANTHONY VASALLO |
| By: *s/Jeb Singer*<br>Jeb Singer<br>222 Broadway, 19th Floor<br>New York, New York 10038<br>Tel. (917) 806-5832 | By: *s/Anthony M. Vassallo*<br>Anthony M. Vassallo<br>305 Fifth Avenue, #1B<br>Brooklyn, New York 11215<br>Tel: (347) 464-8277 |
| *Attorneys for Defendants E. Chin and J. Chin* | *Attorneys for Defendant Chun* |